## (January 31, 1961)

JOSEPHINE DAGGRES, Respondent, v. EARNEST DAGGRES. Appellant.— Motion by appellant to be released from custody and to stay enforcement of an order made December 23, 1960, by the Domestic Relations Court of the City of New York, Family Division, County of Queens, pending appeal from such order. Motion granted upon the following conditions: (a) that appellant shall deposit with the Clerk of said court the sum of $250, to be held and applied pursuant to statute (N. Y. City Dom. Rel. Ct. Act, § 58); (b) that during the pendency of this appeal, appellant shall pay weekly the amount heretofore directed to be paid by said court for the support of the petitioner and their children; and (c) that the appeal be perfected and argued or submitted at the March Term of this court, commencing February 27, 1961. The appeal is ordered on the calendar for said term. It will be heard on the original papers and on typewritten briefs. Appellant is directed, on or before February 14, 1961, to file six copies of his typewritten brief and to serve one such copy on petitioner's attorney, on the Corporation Counsel of the City of New York and on the Presiding Justice of the Domestic Relations Court. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

(A) GLORIA LINDELL et al., Appellants, v. WILLIAM WERTLIEB, Respondent. (B) THEODORE R. MALONE, Appellant, v. FREDERICK H. LUNEBURG et al., Respondents.— [In each action] Motion by respondent[s] to dismiss appeal denied, on condition that appellant[s] perfect the appeal and be ready to argue or submit it at the April Term, beginning March 27, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before March 1, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

TENNESSEE GAS TRANSMISSION COMPANY, Appellant, v. HARCHESTER REALTY CORP., et al., Respondents.— Motion by respondents to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the April Term, beginning March 27, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before March 17, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

GLORIA THORP, Respondent, v. CENTER THEATER CORPORATION, Appellant.— Motion by respondent to dismiss appeal from judgment and appeal from order denying new trial, denied, on condition that appellant perfect the appeals